**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA         §
                                 §
                                 §
                                 §
VS.                              §         CRIMINAL  NO. H-13-053
                                 §
                                 §
                                 §
TERRY HARGROVE                   §

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No.17).  The court

finds that the interests of justice are served by  granting  this continuance and that those interests

outweigh the interests of the public and the defendants in a speedy trial. The  motion for continuance

is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 28, 2013 |
| Responses are to be filed by: | June 10, 2013 |
| Pretrial conference is reset to**:** | **June 17, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 24, 2013 at 9:00 a.m.** |

SIGNED on April 2, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge